**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**RONALD SATISH EMRIT,**

    **Plaintiff,**

vs.                                       **Case No. 4:16cv718-WS/CAS**

**FLORIDA SECRETARY OF STATE,
U.S. DEPARTMENT OF COMMERCE,
SMALL BUSINESS ADMINISTRATION,
LIBRARY OF CONGRESS, and
U.S. PATENT AND TRADEMARK OFFICE,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, a non-prisoner proceeding pro se, was granted leave to proceed in forma pauperis. ECF Nos. 2, 4. That Order also required Plaintiff, who is a resident of Las Vegas, Nevada, to demonstrate that venue in the Northern District of Florida was appropriate. ECF No. 4. Moreover, Plaintiff was required to submit an amended complaint which presented facts sufficient to state a claim, demonstrate how the named Defendants harmed Plaintiff, and show that the claims were timely. ECF

No. 4. Additionally, because it appeared that Plaintiff's claim arose from an asserted injury to Alex Garcia Enterprises, Inc. Plaintiff did not indicate he was an attorney and was advised that he could not proceed in this case to litigate a claim of injury to (or on behalf of) Alex Garcia Enterprises, Inc. *Id.* If Plaintiff desired to proceed with this case, he was required to file an amended complaint no later than **December 29, 2016**. As of this date, nothing has been received from Plaintiff. Accordingly, it appears that Plaintiff has abandoned this litigation.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute and failure to comply with a Court Order.

**IN CHAMBERS** at Tallahassee, Florida, on January 4, 2017.

S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No. 4:16cv718-WS/CAS